IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Richard P. Matsch

Criminal Action No.   99-cr-00262-RPM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

Dimas Valencia,

  Defendant.

---

## ORDER EXONERATING BOND

---

  This court has granted a government motion to voluntarily dismiss the charges against

the defendant.  As a result, all the conditions of an appearance bond imposed by the court as a

pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been

satisfied.  Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall

hereby be released by the clerk of the court, or a designated deputy, to the surety or the

defendant.

  DATED at Denver, Colorado, this 14th day of January, 2011.

       BY THE COURT:

       s/Richard P. Matsch

       By:_____
        UNITED STATES DISTRICT JUDGE
        DISTRICT OF COLORADO